IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARLOS JEROME TURNER,         )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )         2:24cv8-MHT
                              )            (WO)
CHADWICK CRABTREE, Warden     )
III, et al.,                  )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to pay an initial partial filing fee.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of March, 2024.

                                    /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**